**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter  7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**    8 3 – 1 5 8 7 3 6 9

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | _____ | _____ |
   | Number    Street | Number    Street |
   | | _____ |
   | | P.O. Box |
   | _____ | _____ |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | _____ | _____ |
   | County | Number    Street |
   | | _____ |
   | | _____ |
   | | City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes. Debtor ___See attached._____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                      State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☑ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 18 / 2024
　　　　　　　MM / DD / YYYY

X _____        Kyle Beddome
Signature of authorized representative of debtor        Printed name

Title  Owner

| Debtor | Titan Solar Power NV, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ _____     Date ___06/21/2024___
Signature of attorney for debtor                    MM / DD / YYYY

Christopher H. Bayley
_____
Printed name
Snell & Wilmer L.L.P.
_____
Firm name
1 E. Washington Street, Suite 2700
_____
Number       Street

Phoenix                                          AZ          85004
_____
City                                             State       ZIP Code

(602) 382-6214                                   cbayley@swlaw.com
_____
Contact phone                                    Email address

010764                                           AZ
_____
Bar number                                       State

Question No. 10 Attachment

| Debtor | District | Case No. | Relationship | When |
|---|---|---|---|---|
| PM & M Electric, Inc. | Arizona | 2:24-bk-04978-MCW | Affiliate | 06/20/24 |
| Titan Solar Power AZ, Inc. | Arizona | 2:24-bk-04979-DPC | Affiliate | 06/20/24 |
| Titan Solar Power CA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power CO, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power FL, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power GA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power ID, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power IL, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power LA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power MD, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power MO, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power MS, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NC, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NJ, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NM, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power OH, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power SC, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power TN, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power TX, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power UT, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar VA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power WI, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Electrical Services, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan SF, Inc. | Arizona | To be filed | Affiliate | shortly |
| NationalSRSales, LLC | Arizona | To be filed | Affiliate | shortly |

# United States Bankruptcy Court
# District of Arizona

# MAILING LIST DECLARATION

In re: <u>Titan Solar Power NV, Inc.</u>            <u>Case No.</u>

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

I, Kyle Beddome, the owner of Titan Solar Power NV, Inc. do hereby certify, under penalty of perjury, that the Mailing List, consisting of  16  pages, is complete and correct to the best of my belief.

Date: June 21, 2024             */s/ Kyle Beddome*
                                  Kyle Beddome/Owner

Date: June 21, 2024             */s/ Christopher H. Bayley*
                                  Snell & Wilmer L.L.P.
                                  Christopher H. Bayley
                                  Molly J. Kjartanson
                                  1 East Washington Street, Suite 2700
                                  Phoenix, AZ  85004-2202
                                  Telephone: 602.382.6000
                                  cbayley@swlaw.com
                                  mkjartanson@swlaw.com

TITAN SOLAR POWER NV, INC.

CARLOS CHAVEZ
246 CALVINO AVE
LAS VEGAS, NV  89183

ERIC BAGUIO
9757 W SAGE GROVE CT
LAS VEGAS, NV  89148

MARGARITA & HILARIO DELAPAZ
6245 GARWOOD AVE
LAS VEGAS, NV  89107

GUMERCINDO CARRILLO
3131 LIBERTY CIR N,
LAS VEGAS, NV  89121

JON-MICHAEL MCCORMICK
2505 BARCLAY ST
HENDERSON, NV  89044

ARMANDO CARPIO
5825 AQUA VERDE ST
NORTH LAS VEGAS, NV  89031

MANUEL & CINDY ANGULEO-FELIX
1765 ELAINE DR
LAS VEGAS, NV  89142

MATTHEW BAGGETT
1410 LODGEPOLE DRIVE
HENDERSON, NV  89014

YUDAN LIAO
8678 W DIAMOND SAND AVE
LAS VEGAS, NV  89178

BRAD STCLAIRE
8760 AUTUMN VALLEY AVE
LAS VEGAS, NV  89129

KYLE ROSS
4865 FARLINGTON DR
LAS VEGAS, NV  89147

CESAR DOMINGUEZ
709 ANTIGUA ST

TITAN SOLAR POWER NV, INC.


LAS VEGAS, NV  89145

GEREMY HURLEY
3928 PROCLAMATION PL
LAS VEGAS, NV  89110

GARY BULLARD
3650 VALENCIA ST
LAS VEGAS, NV  89121

HILDA FAJARDO
1543 VEGAS VALLEY DR
LAS VEGAS, NV  89169

ANA & DARREN REDFORD
6863 HATHAWAY DR
LAS VEGAS, NV  89156

IRENE IBARRA
4234 N WALNUT FAMILY CT
LAS VEGAS, NV  89115

GREG & GOLDBERG ALMAN
7432 W RADVILLE DR
LAS VEGAS, NV  89129

FIDENCIO RUIZ
2471 MARLENE WAY
HENDERSON, NV 89014

WILFREDO & FLORENCE JACINTO
504 CAMPBELL DR
LAS VEGAS, NV  89107

BRUCE REED
5225 ORINDA AVE
LAS VEGAS, NV  89120

ANIBAL LINDO
715 HEARTLAND POINT AVE
NORTH LAS VEGAS, NV  89032

RORY JOHNSON
7141 N WHITE BLANKET CT
NORTH LAS VEGAS, NV  89084

TITAN SOLAR POWER NV, INC.

KATHY BUMPAS
8700 BLAZING SADDLE AVE
LAS VEGAS, NV  89129

LESLEY DICKSON
5213 HACKBERRY HILL AVE
LAS VEGAS, NV  89131

CLAUDIA ROMERO
4774 CHAMA PL
LAS VEGAS, NV  89121

VICTOR GAJ
555 DUSTY PALMS LN
HENDERSON, NV  89052

DONALD & CINDY HARRISON
6650 MUSETTE AVE
LAS VEGAS, NV  89139

RICHARD SEEGMILLER
5498 E WASHINGTON AVE
LAS VEGAS, NV  89110

DEBORAH HAMILTON
10236 IRVING PEAK AVE
LAS VEGAS, NV  89166

RONG LIANG
7018 MOTLEY RD
LAS VEGAS, NV  89178

SHALEE WELLS
8329 JEREMIAHS LODGE AVE
LAS VEGAS, NV  89131

BRUNO BURCIAGA
1057 SINGAPORE CT
LAS VEGAS, NV  89110

JEREMY ROSS
6570 WHISPERING SANDS DR
LAS VEGAS, NV  89131

TOMMIE TAMANAHA
917 BRAYFIELD CT

TITAN SOLAR POWER NV, INC.


HENDERSON, NV  89052

NADENE GONZALEZ
109 DELA CRUZ AVE
NORTH LAS VEGAS, NV  89031

REID DAVIDSON
4732 LEG HORN CT
LAS VEGAS, NV  89147

STEVEN TANG
6859 PERFECT SUNSET CT
LAS VEGAS, NV  89148

SONIA & CASTRO MAZUERA HERRING
5287 FIRE NIGHT AVE
LAS VEGAS, NV  89122

HARMONY HOOPER
9409 CALICO GARDEN AVE
LAS VEGAS, NV  89134

SARAI VAZQUEZ
4824 MONTEBELLO AVE
LAS VEGAS, NV  89110

CARLOS RIVERA
6844 PIVOT POINT ST
LAS VEGAS, NV  89148

DAVID DAVE BERG
1490 CAYUGA PKWY
LAS VEGAS, NV  89169

JUSTIN -COS REVISION REQUEST 6-1 STEPHENS
1710 EAGLE VIEW WAY
NORTH LAS VEGAS, NV  89032

DAVID BROOKS
1120 BLUE ICE CT
NORTH LAS VEGAS, NV  89032

RAYMOND - COS LAYOUT REVISION 6- LEDAY JR
10741 ARTESIA WELLS ST
HENDERSON, NV  89052

TITAN SOLAR POWER NV, INC.

SHAUNA COLBERT
1606 BUFFALO TRAIL DR
HENDERSON, NV  89014

LORETTA BRODEUR
3019 HARDIN DR
HENDERSON, NV  89074

SCOTT TIGHE
8504 TIMBER PINE AVE
LAS VEGAS, NV  89143

KAREN KINNEY
139 E PACIFIC AVE
HENDERSON, NV  89015

KRISTEN BUTCHER
3696 MONTE VERDE ST
LAS VEGAS, NV  89121

CARMEN RODRIGUEZ
2608 LAS VERDES ST
LAS VEGAS, NV  89102

MICHAEL WILLIAMSON
87 PARKER RANCH DR
HENDERSON, NV  89012

RONALD CANILLAS BEATSON
8507 FOX BROOK ST
LAS VEGAS, NV  89139

STEVEN HAGEN
7145 BRIDGEVIEW AVENUE
LAS VEGAS, NV  89147

RANDY PAULINO
1155 TEXAS MOON CT
HENDERSON, NV  89052

SHELLEY HARRISON
5717 N WIZARD WAND ST
NORTH LAS VEGAS, NV  89031

ROXANA CIFUENTES
5644 RUBY CREEK DR

TITAN SOLAR POWER NV, INC.

LAS VEGAS, NV 89142

CHRISTOPHER DRUM
3328 PLAZA DEL PAZ
LAS VEGAS, NV 89102

L JESSYE ALDER
4536 CRIMSON LEAF DR
LAS VEGAS, NV 89130

JENNIFER SUGARS
11851 CORENZIO AVENUE
LAS VEGAS, NV 89138

FRANCISCO HERNANDEZ ROLDAN
6371 TUCKAWAY COVE AVE
LAS VEGAS, NV 89139

DALGIS GARCIA
1212 MONTCLAIR ST
LAS VEGAS, NV 89146

GERNI YAMBAO
8141 DISCOVERY POINT ST
LAS VEGAS, NV 89139

LEPE RAFAEL CAMACHO
5186 SPANISH STAR CT
LAS VEGAS, NV 89110

JOSEPH - COS REVISION REQUEST 6- TABEL
6300 TUCKAWAY COVE AVE
LAS VEGAS, NV 89139

JASON & LISA KANGAS
7645 CALISTA WAY
LAS VEGAS, NV 89131

WILLIAM TULLOCK
9068 TOAST AVE
LAS VEGAS, NV 89148

DYLAN HILLYER PAVAO
612 GREENWAY RD
HENDERSON, NV 89002

TITAN SOLAR POWER NV, INC.

ANTHONY HEADLEY
5005 HOSTETLER AVE
LAS VEGAS, NV  89131

MARGARITA DELACRUZ
3895 LANCOME ST
LAS VEGAS, NV  89115

VIRGINIA TEMPLETON
3315 ARAPAHO CIR
LAS VEGAS, NV  89169

CORA UY
6335 CASCADE CLIFFS COURT
LAS VEGAS, NV  89139

WILLIAM TULLOCK
3650 LUMINAL LN
LAS VEGAS, NV  89147

NISDALY FERREIRO FINALET
3992 MEADOWGLEN DR
LAS VEGAS, NV  89121

RICKY EARP
1683 YUCATAN CT
HENDERSON, NV  89012

SHARON REGAN
5430 CEDAR CANYON LN
LAS VEGAS, NV  89113

DAWN & DENNIS HOLMES
7100 CARMEN BLVD
LAS VEGAS, NV  89128

CAROL PEDERSON
1479 THREE SPRINGS COVE
MESQUITE, NV  89027

JOHN MARKO
710 GREENWAY RD
HENDERSON, NV  89002

DANIEL GUILLEN
737 BEACH PARK ST

TITAN SOLAR POWER NV, INC.

HENDERSON, NV  89015

BRANDON PAULSEN
1307 BASIN BROOK DR
NORTH LAS VEGAS, NV  89032

LISA GODSEY
5495 TAMI PL
LAS VEGAS, NV  89120

SARA FRANKEL
2366 FAYETTEVILLE AVE
HENDERSON, NV  89052

KRISTOPHER JAMES
1467 EVENING SONG AVE
HENDERSON, NV  89012

RICHARD SHELDON
5212 HACKBERRY HILL AVE
LAS VEGAS, NV  89131

JAMES GARNER
4670 HOEKER WAY
LAS VEGAS, NV  89147

ERIC REBSTOCK
1704 VALMORA ST
LAS VEGAS, NV  89102

BERNARDINO RAMOS-STEPHENS
7357 LARAMIE AVE
LAS VEGAS, NV  89113

DANNY ALLEN
6131 COZY CREEK ST
NORTH LAS VEGAS, NV  89031

KRISNA SARITH
5237 N EL PRADO HEIGHTS ST
NORTH LAS VEGAS, NV  89081

JASON MITCHELL
6472 KELL LN
LAS VEGAS, NV  89156

TITAN SOLAR POWER NV, INC.

DARLENE ROBERTS
9609 LOFTY VISTA AVE
LAS VEGAS, NV  89148

STANFORD SCHNEIDER
5855 MENDOCINO HILL AVE
LAS VEGAS, NV  89139

JOHN R CERESNA
6780 W COUGAR AVE
LAS VEGAS, NV  89139

VIANCA TRANI
3670 STARBRIGHT LN
LAS VEGAS, NV  89147

HARVEY MONDRAGON
670 SOLE ADDICTION AVE
LAS VEGAS, NV  89183

MILEN MINTCHEV
9629 SWAYING TREES DR
LAS VEGAS, NV  89147

DERRICK KELLY
4940 CORSICA ISLAND ST
NORTH LAS VEGAS, NV  89031

LOIS STEWART
1803 PARIS NIGHT AVE
NORTH LAS VEGAS, NV  89081

ENRIQUE SALDANA
4720 ARIZONA AVE
LAS VEGAS, NV  89104

JAMES & JENNIFER RAMIREZ
209 RAPTORS VIEW AVE
NORTH LAS VEGAS, NV  89031

JOHN BORETA
10824 WILLOW HEIGHTS DR
LAS VEGAS, NV  89135

ADASTINE HENRY
6020 THEATRICAL ROAD

TITAN SOLAR POWER NV, INC.

NORTH LAS VEGAS, NV  89031

RAYMOND VEGA
10585 APHRODITE ST
LAS VEGAS, NV  89183

FRANCES GROB
5817 CREEKSIDE SANDS LN
NORTH LAS VEGAS, NV  89031

ALEXANDER LACSON
4419 RIDGEVILLE ST
LAS VEGAS, NV  89103

MARTIN CABALLERO
11060 AMERICAN LEGION ST
LAS VEGAS, NV  89183

JENNIFER THOMAS
6525 ADONIS HEIGHTS ST
NORTH LAS VEGAS, NV  89086

JOSE PONCE
1805 HARRIS AVE
LAS VEGAS, NV  89101

CHARLES SMITH
441 E BRONCO ST
PAHRUMP, NV  89048

TERRY VANROOYAN
1418 TREEFINGER AVE
NORTH LAS VEGAS, NV  89081

DILLON OBERKRAMER
6328 LANNING LN
LAS VEGAS, NV  89108

LONNIE & JAMES REC COS REV 7-1 LEMOS
6951 WINEBERRY DR
LAS VEGAS, NV  89119

AURORA MALONEY
4057 E HARRIS AVE
LAS VEGAS, NV  89110

TITAN SOLAR POWER NV, INC.

EMILIA FRANCO
4533 COOL VALLEY DR
LAS VEGAS, NV  89110

DONALD & ROSA MCNAMARA
5905 W COZUMEL PL
LAS VEGAS, NV  89131

ANITA LUCEROWESCOAT
3662 STARBRIGHT LN
LAS VEGAS, NV  89147

DEBORAH LAJTI
5409 MESQUITE MEADOW CT
LAS VEGAS, NV  89131

RICHARD & DAMICELLA ARNOLD
2221 HOLLOW OAK AVENUE
NORTH LAS VEGAS, NV  89031

MONICA & VIANCA TRANI
2105 HAVEN HILL AVE
LAS VEGAS, NV  89106

DEDRA REC COS REV 7/1 CANNON
7161 WILLOW MOSS CT
LAS VEGAS, NV  89178

TEDDY BRYAN BALMORES
8014 RETRIEVER AVE
LAS VEGAS, NV  89147

CAROLYN VIKTORA-SEWELL
915 RIFLE DR
HENDERSON, NV  89002

CHRIS BENEDETTO
1298 PALE VISTA CT
HENDERSON, NV  89012

CAROL STEWART
12249 OLD MUIRFIELD ST
LAS VEGAS, NV  89141

RAFAEL MEJIA
6026 ADOBE SUMMIT AVE

TITAN SOLAR POWER NV, INC.

LAS VEGAS, NV  89110

ZARAH S BORINES
6774 LYDIAN CT
LAS VEGAS, NV  89139

BENJAMIN COPPOLA
8620 GRANDBANK DR
LAS VEGAS, NV  89145

DELMY MARTINEZ
2770 MISTFULL CT
LAS VEGAS, NV  89156

HUGO & ANTONIO CARBAJAL-MAZON
1988 VEGAS VALLEY DR
LAS VEGAS, NV  89169

QING XUE
6109 W DECIBEL CT
LAS VEGAS, NV  89139

SHARON PEDROCHE
8291 PARADISE RIDGE CT
LAS VEGAS, NV  89139

SEAN BUELTEL
3436 BELLA SOVANA CT
LAS VEGAS, NV  89141

RENEE VIRAY
7660 MAN O WAR ST
LAS VEGAS, NV  89131

AMIR SAMADANI
8394 LOWER TRAILHEAD AVE
LAS VEGAS, NV  89113

RAFAEL RUIZ
4316 LAGUNA GARDEN AVE
LAS VEGAS, NV  89115

NICK ANTONIZICK
7154 NORDIC LIGHTS DR
LAS VEGAS, NV  89119

TITAN SOLAR POWER NV, INC.

PHILLIP CANTO
7667 CANYON RAIN ST
LAS VEGAS, NV  89139

KIRINDAGE DIAS
8952 EMERALD WATERS CT
LAS VEGAS, NV  89147

BRUNO BURCIAGA
6228 PORT TACK DR
LAS VEGAS, NV  89110

HENRY & VICKI SPENCER
6304 SHAWNEE AVE
LAS VEGAS, NV  89107

MICHAEL & CATHY SNEDEKER
2618 ELLIS PLANTATION ST
LAUGHLIN, NV  89029

DALE HAWKINS
6229 SILVER VEIN ST
NORTH LAS VEGAS, NV  89031

DOUGLAS & KIM HANOVER
5809 THISTLE MEADOW AVE
LAS VEGAS, NV  89139

L DAVID & JANICE DENEAULT
1754 FRANKLIN CHASE TERRACE
HENDERSON, NV  89012

VIVIAN & RAYMOND - COTE
3362 EWA BEACH DR
LAS VEGAS, NV  89122

JANICE CLEMENS
7715 W CAMERO AVE
LAS VEGAS, NV  89113

CHRISTINE HAUSER
3120 DALMAZIA AVE
HENDERSON, NV  89044

DONALD & JEANETTE WESTMORELAND
5623 ROYAL SPRINGS AVE

TITAN SOLAR POWER NV, INC.

LAS VEGAS, NV  89131

JOSEPH DO NOT SUBMIT M1 UNTIL WE PETERSEN
3782 FAIRLAWN AVE
LAS VEGAS, NV  89121

VERDELL & MARGARET SINGLETON
6513 ALPINE AUTUMN COURT
LAS VEGAS, NV  89149

DWAYNE MCCRAY
144 WALKINSHAW AVE
LAS VEGAS, NV  89148

JULIO LEON SOLANO
4055 N PLANETARY LN
LAS VEGAS, NV  89115

HOSSEIN PAYA
4145 N OVERBROOK DR
LAS VEGAS, NV  89108

SHIMON MOALEM
3779 ROBERT RANDOLF WAY
LAS VEGAS, NV  89147

VERNON MARSCEAU
108 SAM JONAS DR
LAS VEGAS, NV  89145

BARTOLO MARTINEZ
3592 REDWOOD ST
LAS VEGAS, NV  89103

THOMAS FORSYTH
3142 OXFORD LN
LAS VEGAS, NV  89121

JOHN GROVE
8404 RUSTLING LEAVES LN
LAS VEGAS, NV  89143

KATIE B - SHE IS BEING ADDED TO ORR
10705 HIGHLAND PARK CT
LAS VEGAS, NV  89144

TITAN SOLAR POWER NV, INC.

MATTHEW KOHLER
9045 VICTOR CREEK AVE
LAS VEGAS, NV  89149

CEDRIC - COS REVISION REQUEST 7- ARMSTEAD
224 SHARP EDGE AVE
NORTH LAS VEGAS, NV  89031

DESMOND PORTANO
3004 VIA DELLA AMORE
HENDERSON, NV  89052

KRYSTAL & THOMAS MIFFLIN
563 TABONY AVE
HENDERSON, NV  89011

LUZ & JOSE HERNANDEZ
4332 FENTON LN
NORTH LAS VEGAS, NV  89032

OVIDIO FLORES
338 SEARCHLIGHT DR
LAS VEGAS, NV  89110

JUAN SORIANO
5851 ROSE SAGE ST
NORTH LAS VEGAS, NV  89031

MICHAEL ROGERS
900 SIR RALEIGH CT
HENDERSON, NV  89052

PATRICIA & WILLIAM O'MELIA
920 CYPRESS GOLD CT
NORTH LAS VEGAS, NV  89031

LUIS CERVANTES
2810 SANDY LN
LAS VEGAS, NV  89115

KAI & GINETTE DEGNER
4149 SEATTLE AVE
LAS VEGAS, NV  89121

BRETT FABRE
6617 GOLDEN BIT AVE

TITAN SOLAR POWER NV, INC.

LAS VEGAS, NV 89131

COURAGE UGBODU
5424 TALMO ST
NORTH LAS VEGAS, NV 89081

GREGORY & BRICE POORT JOHNSON
6433 FISHER AVE
LAS VEGAS, NV 89130

VELAZQUEZ JOEL
5484 SILVERHEART AVE
LAS VEGAS, NV 89142

SANTOS & MARIA BECERRA
2207 RUSTLER RIDGE AVE
NORTH LAS VEGAS, NV 89031

GILBERTO SILVA
6313 GIANT OAK ST
NORTH LAS VEGAS, NV 89084

RODRIGO NAVAS PAZ
7654 FLOUNDER BAY AVE
LAS VEGAS, NV 89179

DOLORES CLARK
9533 W CHEROKEE AVE
LAS VEGAS, NV 89147

SERGIO MONTUFAR
1283 WIND COVE ST
LAS VEGAS, NV 89110

NIKI WHITE
11843 CORENZIO AVENUE
LAS VEGAS, NV 89138

MARIA SAAVEDRA
5573 SAN FLORENTINE AVE
LAS VEGAS, NV 89141

MIKE STONE
1772 GARDEN RIDGE CT
HENDERSON, NV 89012